UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-CR-00499-MSK

UNITED STATES OF AMERICA

    Plaintiff,

      v.

1.  SETH SHEWMAKER

    Defendant

_
_____

**ORDER CONCERNING PRE-SENTENCE STUDY AND CONTINUANCE OF SENTENCING HEARING**
_____

The Defendant has entered a plea of guilty pursuant to a plea agreement entered into with the United States of America. A presentence investigation and report was ordered and completed pursuant to Rule 32(c) of the Federal Rules of Criminal Procedure. A sentencing hearing was scheduled for June 20, 2011. On that date, Counsel met with the Probation Officer, and the Court, in chambers, to discuss a continuance of the sentencing hearing for the purpose of collecting additional information for the Court to consider in making its sentencing determination under 18 U.S.C. § 3553(a)(1). Additional information is desired regarding the Defendant's mental health history and treatment options, and substance abuse history and treatment options, before a sentencing determination is made by this Court. Accordingly, it is

**ORDERED** that an additional pre-sentence study and report shall be conducted and provided to the Court and Counsel, pursuant to 18 U.S.C § 3552(b) and (c), within 60 days of this order. The additional study and report will include a psychiatric or psychological

examination and report by Dr. Susan B. Bograd, MD, by agreement of the parties, pursuant to 18 U.S.C § 3552(c). The original pre-sentence investigation report and addendums shall be unsealed for Dr. Susan B. Bograd, MD, and provided to assist with her evaluation. The sentencing hearing is continued indefinitely and will be re-scheduled upon receipt of the additional presentence study and reports. The probation service shall receive a copy of the mental health examination and report and shall include that information, with information regarding mental health and substance abuse counseling and treatment options, considering information submitted by each party, in a supplement to the original pre-sentence investigation report. After receiving the reports and recommendations, the Court shall set a sentencing date and proceed to sentence the Defendant in accordance with the applicable sentencing alternatives and procedures, based on all of the information provided.

DATED this 24th day of June, 2011.

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge