IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | LaDonne Bush | Date: September 16, 2011 |
| Court Reporter: | Paul Zuckerman | |
| Probation: | Kurt Thoene | |

Criminal Action No. 10-cr-00499-MSK-1

*Parties*:                                            *Counsel*:

UNITED STATES OF AMERICA,        David Conner

Plaintiff,

v.

1.  SETH SHEWMAKER,                     Thomas Byrnes

        Defendant.

## COURTROOM MINUTES - SENTENCING

**1:47 p.m.      Court in session.**

Defendant present in custody.

**Change of Plea Hearing on February 11, 2011.  Defendant pled guilty to Count Three of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties do not dispute the facts contained in the presentence report.

The parties do not dispute the calculation of the sentence under the Federal Sentencing Guidelines in the presentence report.

Government requests a downward departure.

Parties do not request a variance.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Allocution.  Statements made by Mr. Byrnes, the defendant and Mr. Conner.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.

**ORDER:** Motion for Downward Departure (Doc. 30) is granted.

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

**ORDER:** Government may deposit with the Registry of the Court the amount recovered in this matter.

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:40 p.m.** **Court in recess.**

**Total Time: 00:53**
**Hearing concluded.**